**Order entered September 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00073-CR

### ROGER ALLEN STULCE, JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 380th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 380-82426-2012

## ORDER

The Court **REINSTATES** the appeal.

On August 25, 2014, we denied appellant's second motion to extend time to file his brief and ordered the trial court to make findings regarding why the brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel Mitchell Nolte; (3) Mr. Nolte's explanation for the delay in filing appellant's brief is his workload; and (4) appellant's brief will be filed by October 20, 2014.

We **ORDER** appellant to file his brief by **OCTOBER 20, 2014**. No further extensions will be granted absent a showing of extraordinary circumstances.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/    ADA BROWN
        JUSTICE